PER CURIAM.
Affirmed. Deni Assocs. of Florida, Inc. v. State Farm Fire & Cas. Ins. Co., 711 So.2d 1135 (Fla.1998); LaMarche v. Shelby Mut. Ins. Co., 390 So.2d 325 (Fla.1980); Home Omiers Warranty Com. v. Hanover Ins. Co., 683 So.2d 527 (Fla. 3d DCA 1996), review denied, 695 So.2d 700 (Fla.1997); State Farm Fire & Gas. Co. v. Metropolitan Dade County, 639 So.2d 63 (Fla. 3d DCA), review denied, 649 So.2d 234 (Fla.1994).